[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————

No. 21-10559

————————————

REVIVAL CHIROPRACTIC LLC,
on behalf of Jazmine Padin,
on behalf of Natalie Rivera,

Plaintiff-Appellee-
Cross-Appellant,

*versus*

ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY AND CASUALTY INSURANCE
COMPANY,

Defendants-Appellants-
Cross-Appellees.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-00445-PGB-LRH

_____

Before WILLIAM PRYOR, Chief Judge, and ROSENBAUM and BRASHER, Circuit Judges.

PER CURIAM:

This putative class action appeal turns on a question about Florida's personal injury protection statute. All parties in this appeal asked us to certify that question to the Supreme Court of Florida, and we did. *See Revival Chiropractic LLC on behalf of Padin v. Allstate Ins. Co.*, No. 21-10559, 2022 WL 1799759, at \*1 (11th Cir. June 2, 2022). The Supreme Court of Florida answered our question in *Allstate Insurance Company, et al. v. Revival Chiropractic LLC*, No. SC2022-0735, \_\_ So. 3d \_\_ (April 25, 2024).

In light of the Supreme Court of Florida's answer to our certified question, all parties agree that we should reverse the district court's judgment and direct the district court to enter summary judgment in favor of Allstate Insurance Company and Allstate Property & Casualty Insurance Company. Moreover, Revival Chiropractic LLC moves to dismiss its cross-appeal.

Having reviewed the decision of the Supreme Court of Florida, we agree with the parties. The cross-appeal of Revival Chiropractic LLC is **DISMISSED**. The judgment of the district court is

21-10559                    Opinion of the Court                    3

**REVERSED**, and the district court is **DIRECTED** to enter judgment in favor of Allstate Insurance Company and Allstate Property & Casualty Insurance Company.

The parties shall bear their own costs.